AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the District of Delaware_____ on the following

☐ Trademarks or  ☒ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>5/23/2017 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>SENCO BRANDS, INC. | | DEFENDANT<br>HITACHI KOKI U.S.A., LTD. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,011,547 | 9/6/2011 | Senco Brands, Inc. |
| 2 | 8,267,296 | 9/18/2012 | Senco Brands, Inc. |
| 3 | 8,267,297 | 9/18/2012 | Senco Brands, Inc. |
| 4 | 8,387,718 | 3/5/2013 | Senco Brands, Inc. |
| 5 | 8,286,722 | 10/16/2012 | Senco Brands, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**  **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**  **Copy 4—Case file copy**

## ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| Docket No. | Date Filed 5/23/2017 | U.S. District Court for the District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br><br>SENCO BRANDS, INC. | | DEFENDANT<br><br>HITACHI KOKI U.S.A., LTD. | |
| PATENT OR TRADEMARK NO. | | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 6 | 8,602,282 | 12/10/2013 | Senco Brands, Inc. |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |