IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENCO BRANDS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. _____ |
| | ) | |
| HITACHI KOKI U.S.A., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF SENCO BRANDS, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Senco Brands, Inc. ("Senco") states that it has no parent companies and no publicly held corporation owns 10% or more of Senco's stock.

OF COUNSEL:
Robert S. Rigg
John K. Burke
Vedder Price P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL 60601
Tel: (312) 609-7500
rrigg@vedderprice.com
jburke@vedderprice.com

Dated: May 23, 2017

   /s/   *Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com
Selena E. Molina (#5936)
molina@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7705

*Attorneys for Plaintiffs*