IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENCO BRANDS, INC., an Ohio corporation, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 17-598-UNA |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| HITACHI KOKI U.S.A., LTD., a Delaware corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER**
**FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Robert S. Rigg and John K. Burke, Vedder Price P.C., 222 N. LaSalle St., Suite 2600, Chicago, Illinois 60601 to represent Plaintiff Senco Brands, Inc. in this matter.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com
Selena E. Molina (#5936)
molina@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

Dated: May 24, 2017

*Attorneys for Plaintiff Senco Brands, Inc.*

**ORDER GRANTING MOTION**

IT IS SO ORDERED this _____ day of May, 2017.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

Robert S. Rigg
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL 60601
Tel: (312) 609-7500
rrigg@vedderprice.com

DATE: May 23, 2017

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this Motion.

*[signature]*
John K. Burke
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL 60601
Tel: (312) 609-7500
jburke@vedderprice.com

DATE: May 23, 2017