IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENCO BRANDS, INC., an Ohio corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-598 (GMS) |
| | ) |
| HITACHI KOKI U.S.A., LTD., a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Paul Devinsky of MCDERMOTT WILL & EMERY LLP, The McDermott Building, 500 North Capitol Street, N.W., Washington, DC 20001 and Joseph H. Paquin, Jr. and Amol A. Parikh of MCDERMOTT WILL & EMERY LLP, 444 West Lake Street, Chicago, IL 60606 to represent Defendant Hitachi Koki U.S.A., Ltd. in this action.

Dated: August 2, 2017

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

Karen Jacobs (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
*Attorneys for Hitachi Koki U.S.A., Ltd.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Paul Devinsky, Joseph H. Paquin, Jr. and Amol A. Parikh is GRANTED.

DATED: _____          _____
                                                                          United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for the District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid [  ] to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted [**X**] to the Clerk's office upon the filing of this motion.

Dated:  August 2, 2017                             */s/ Paul Devinsky*

　　　　　　　　　　　　　　　　　　　　　　Paul Devinsky
　　　　　　　　　　　　　　　　　　　　　　MCDERMOTT WILL & EMERY LLP
　　　　　　　　　　　　　　　　　　　　　　The McDermott Building
　　　　　　　　　　　　　　　　　　　　　　500 North Capitol Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　　　　　　　　　　202-756-8000
　　　　　　　　　　　　　　　　　　　　　　pdevinsky@mwe.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted [**X**] to the Clerk's office upon the filing of this motion.

Dated: August 2, 2017    */s/ Joseph H. Paquin, Jr.*

Joseph H. Paquin, Jr.
McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL 60606
312-372-2000
jpaquin@mwe.com

5

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for the District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid [  ] to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted [X] to the Clerk's office upon the filing of this motion.

Dated:  August 2, 2017    */s/ Amol A. Parikh*

Amol A. Parikh
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606
312-372-2000
amparikh@mwe.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 2, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan<br>Selena E. Molina<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |

*Attorneys for Plaintiff Senco Brands, Inc.*

| | |
|---|---|
| Robert S. Rigg<br>Timothy M. Nitsch<br>John K. Burke<br>VEDDER PRICE P.C.<br>222 N. LaSalle St., Suite 2600<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL* |

*Attorneys for Plaintiff Senco Brands, Inc.*

*/s/ Karen Jacobs*
_____
Karen Jacobs (#2881)