IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENCO BRANDS, INC., an Ohio corporation, | ) ) |
| Plaintiff, | ) ) |
| v. | ) )  C.A. No. 17-598 (GMS) |
| HITACHI KOKI U.S.A., LTD., a Delaware corporation, | ) ) ) ) |
| Defendant. | ) |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Hitachi Koki U.S.A., Ltd. certifies that Hitachi Koki U.S.A., Ltd. is a wholly owned subsidiary of Hitachi Koki Co., Ltd. Moreover, HK Holdings Co., Ltd., which is an entity owned by KKR HK Investment L.P. owns 10% or more of Hitachi Koki Co., Ltd.'s stock. KKR HK Investment L.P. is an investment fund belonging to Kohlberg Kravis Roberts & Co. L.P.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Paul Devinsky<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capitol Street, N.W.<br>Washington, DC  20001<br>(202) 756-8000<br><br>Joseph H. Paquin, Jr.<br>Amol A. Parikh<br>McDermott Will & Emery LLP<br>444 West Lake Street<br>Chicago, IL  60606<br>(312) 372-2000<br><br>August 7, 2017 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Karen Jacobs*<br><br>Karen Jacobs (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>kjacobs@mnat.com<br>*Attorneys for Hitachi Koki U.S.A., Ltd.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 7, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan<br>Selena E. Molina<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Senco Brands, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert S. Rigg<br>Timothy M. Nitsch<br>John K. Burke<br>VEDDER PRICE P.C.<br>222 N. LaSalle St., Suite 2600<br>Chicago, IL  60601<br>*Attorneys for Plaintiff Senco Brands, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*

Karen Jacobs (#2881)