**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SENCO BRANDS, INC., an Ohio corporation, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 17-598-GMS |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| HITACHI KOKI U.S.A., LTD., a Delaware corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time within which Plaintiff shall respond in opposition to the Motion to Dismiss (D.I. 8) is extended through and including August 28, 2017, to allow Plaintiff additional time to consider and defend against the Motion to Dismiss.


  */s/ Selena E. Molina*   |   */s/ Karen Jacobs*
Kelly E. Farnan (#4395)   |   Karen Jacobs (#2881)
farnan@rlf.com   |   Morris, Nichols, Arsht & Tunnell LLP
Selena E. Molina (#5936)   |   1201 North Market Street
molina@rlf.com   |   P.O. Box 1347
Richards, Layton & Finger, P.A.   |   Wilmington, DE 19899-1347
One Rodney Square   |   (302) 658-9200
920 North King Street   |   kjacobs@mnat.com
Wilmington, DE 19801   |
(302) 651-7705   |   *Attorneys for Hitachi Koki U.S.A., Ltd.*

*Attorneys for Plaintiff Senco Brands, Inc.*


Dated: August 21, 2017


IT IS SO ORDERED this _____ day of August, 2017.

_____
Senior United States District Judge