# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENCO BRANDS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 17-598-GMS |
| | ) | |
| HITACHI KOKI U.S.A., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF SENCO BRANDS, INC.'S
### AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Senco Brands, Inc. ("Senco", now officially named Kyocera Senco Brands, Inc.), states that it is owned by Kyocera Senco Industrial Tools, Inc., which is owned by Kyocera Corporation, a public Japanese company.

|  |  |
|---|---|
|  | */s/   Kelly E. Farnan* |
| OF COUNSEL: | Kelly E. Farnan (#4395) |
| Robert S. Rigg | farnan@rlf.com |
| John K. Burke | Selena E. Molina (#5936) |
| Vedder Price P.C. | molina@rlf.com |
| 222 North LaSalle Street, Suite 2500 | RICHARDS, LAYTON & FINGER, P.A. |
| Chicago, IL  60601 | One Rodney Square |
| Tel:  (312) 609-7500 | 920 North King Street |
| rrigg@vedderprice.com | Wilmington, DE  19801 |
| jburke@vedderprice.com | Tel:  (302) 651-7705 |
|  |  |
| Dated:  August 28, 2017 | *Attorneys for Plaintiff* |

RLF1 18047575v.1