IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENCO BRANDS, INC., an Ohio corporation, | ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) |
| v. | )    C.A. No. 17-598 (GMS) <br> ) |
| HITACHI KOKI U.S.A., LTD., a Delaware corporation, | ) <br> ) <br> ) |
| Defendant. | ) |

**DEFENDANT HITACHI KOKI'S RULE 12(b)(6) MOTION
TO PARTIALLY DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Hitachi Koki U.S.A., Ltd. ("Hitachi Koki") respectfully moves to dismiss Plaintiff Senco Brands, Inc. ("Senco") allegations of (i) willful infringement in all Counts and (ii) indirect infringement in Count VII, and therefore partially dismiss with prejudice Senco's First Amended Complaint for Patent Infringement (D.I. 12). The grounds for this motion are fully set forth in the Opening Brief in Support of Hitachi Koki's Motion to Dismiss, which is being filed contemporaneously with this motion.

OF COUNSEL:

Paul Devinsky
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, N.W.
Washington, DC  20001
(202) 756-8000

Joseph H. Paquin, Jr.
Amol A. Parikh
McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL  60606
(312) 372-2000

September 11, 2017

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

_____
Karen Jacobs (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
*Attorneys for Hitachi Koki U.S.A., Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENCO BRANDS, INC., an Ohio corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-598 (GMS) |
| | ) |
| HITACHI KOKI U.S.A., LTD., a Delaware corporation, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This Court having considered Defendant Hitachi Koki U.S.A., Ltd. ("Hitachi Koki") Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint (D.I. 12), finds that it is well taken and should be GRANTED.

IT IS SO ORDERED that (i) allegations of willful infringement in all Counts and (ii) Count VII in Plaintiff's First Amended Complaint are dismissed with prejudice.

_____                                  _____
DATE                                                                              UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 11, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan<br>Selena E. Molina<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff Senco Brands, Inc.* | *VIA ELECTRONIC MAIL* |
| Robert S. Rigg<br>Timothy M. Nitsch<br>John K. Burke<br>VEDDER PRICE P.C.<br>222 N. LaSalle St., Suite 2600<br>Chicago, IL  60601<br>*Attorneys for Plaintiff Senco Brands, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*

Karen Jacobs (#2881)