## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENCO BRANDS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 17-598-GMS |
| ) | |
| HITACHI KOKI U.S.A., LTD., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Selena E. Molina of Richards, Layton & Finger, P.A. hereby withdraws her appearance in this action on behalf of Plaintiff Senco Brands, Inc. Richards, Layton & Finger, P.A. and Vedder Price P.C. continue to represent Plaintiff Senco Brands, Inc.

|  |  |
|---|---|
|  | */s/ Selena E. Molina* |
| OF COUNSEL: | Kelly E. Farnan (#4395) |
| Robert S. Rigg | farnan@rlf.com |
| Timothy M. Nitsch | Selena E. Molina (#5936) |
| John K. Burke | molina@rlf.com |
| Vedder Price P.C. | Richards, Layton & Finger, P.A. |
| 222 North LaSalle Street, Suite 2500 | One Rodney Square |
| Chicago, IL  60601 | 920 North King Street |
| Tel:  (312) 609-7500 | Wilmington, DE  19801 |
| rrigg@vedderprice.com | (302) 651-7700 |
| tnitsch@vedderprice.com | |
| jburke@vedderprice.com | *Attorneys for Senco Brands, Inc.* |

Dated: October 13, 2017