## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SENCO BRANDS, INC.,

      Plaintiff,

v.

HITACHI KOKI U.S.A., LTD.

      Defendant.

C.A. No. 17-598-CFC

### JOINT STATUS REPORT

Pursuant to the Court's Oral Order issued on September 20, 2018, plaintiff Senco Brands. Inc. ("Plaintiff") and defendant Hitachi Koki U.S.A., Ltd. ("Defendant"), by and through their undersigned counsel, jointly submit this Joint Status Report.

1.    **Status of the Case**:

On May 23, 2017, Plaintiff filed a complaint for patent infringement in the District of Delaware. (D.I. 1).  On August 28, 2017, Plaintiff filed an amended complaint.  (D.I. 12).

On November 16, 2017, the Court ordered a stay pursuant to 28 U.S.C. § 1659 in light of ongoing International Trade Commission Investigation No. 337-TA-1082 involving both Plaintiff and Defendant. (*See* D.I. 22).  This Investigation is still pending, with a hearing scheduled to begin on October 29, 2018 and a target date of August 20, 2019 for completion of the Investigation.

2.    **Next Event to be Scheduled**:

Because the ITC Investigation is still pending, the parties agree that this case should remain stayed until the ITC Investigation is fully resolved.  Thus, the parties believe that the Court does not need to schedule any future events at this time.

- 2 -

| | |
|---|---|
| */s/ Kelly E. Farnan* | */s/ Karen Jacobs* |
| Kelly E. Farnan (#4395) | Karen Jacobs (#2881) |
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| One Rodney Square | 1201 North Market Street |
| 920 North King Street | P.O. Box 1347 |
| Wilmington, DE  19801 | Wilmington, DE  19899-1347 |
| (302) 651-7700 | (302) 658-9200 |
| farnan@rlf.com | kjacobs@mnat.com |
| | |
| *Attorneys for Plaintiff Senco Brands, Inc.* | *Attorneys for Defendant Hitachi Koki U.S.A., Ltd.* |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Robert S. Rigg | Paul Devinsky |
| John K. Burke | MCDERMOTT WILL & EMERY LLP |
| VEDDER PRICE P.C. | The McDermott Building |
| 222 North LaSalle Street, Suite 2500 | 500 North Capitol Street, N.W. |
| Chicago, IL  60601 | Washington, DC  20001 |
| (312) 609-7500 | (202) 756-8000 |
| rrigg@vedderprice.com | |
| jburke@vedderprice.com | Amol A. Parikh |
| | MCDERMOTT WILL & EMERY LLP |
| | 444 West Lake Street |
| | Chicago, IL 60606 |
| | (312) 372-2000 |

Dated:  October 4, 2018